# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2545
_____

STEVE G. LINCOLN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
William L. Gary, Judge.

March 26, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and BILBREY and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Kevin P. Steiger, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.